# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:

MARIA BETSY NUÑEZ GARCIA

DEBTOR(S)

BK. CASE # 09-01809SEK

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☒ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☒ PRE ☐ POST-CONFIRMATION

☒ AMENDED PLAN DATED: JUNE 16, 2009
FILED BY ☒ DEBTOR ☐ TRUSTEE ☐ OTHER

### I. PAYMENT PLAN SCHEDULE

$ 250.00 x 60 = $15,000
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = $15,000

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____
☐ Other: _____
_____
_____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 15,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,500.00
b. Additional Fees: $ ___
c. Adjusted Balance $ 2,500.00

Signed: /s/ MARIA B. NUÑEZ GARCIA
DEBTOR

_____
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
   ☐ Debtor represents no secured claims.
   ☒ Creditors having secured claims will retain their liens and shall be paid as follows:
   1. ☒ Trustee pays secured ARREARS:
   Cr. DORAL FIN.    Cr. ___    Cr. ___
   # ___    # ___    # ___
   $ 445.00    $ ___    $ ___

   2. ☐ Trustee pays IN FULL Secured Claims
   Cr. ___    Cr. ___    Cr. ___
   # ___    # ___    # ___

   3. ☐ Trustee pays VALUE OF COLLATERAL
   Cr. ___    Cr. ___    Cr. ___
   # ___    # ___    # ___
   $ ___    $ ___    $ ___

   4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
   BBVA, COOP AIBONITENA AND ASOC. EMP ELA
   5. ☐ OTHER: _____
   6. ☒ Debtor Otherwise maintains regular payments directly to:
   ADM. SISTEMAS DE RETIRO

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
   (11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☐ Does not Classify Claims.
   1. (a) Class A: ☒ Co-debtor Claims / ☐ Other: ___
   ☒ Paid 100% / ☐ Other: ___
   Cr. COOP AIBONIT    Cr. ___    Cr. ___
   # 12206 $7,758    # ___    # ___
   (b) ☐ Other: ___

   2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
1. Debtors reafirms residential lease contract
2. Co-owner of residence pays mortgage directly to Doral Bank.

ATTORNEY FOR DEBTOR: EDDIE G. MALAVE COLON, ESQ.    Phone: (787) 735-8850

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In the matter of:

**MARIA BETSY NUÑEZ GARCIA**

Debtor(s)

CASE NO. 09-01809SEK

Chapter 13

* * * * * * * * * * * * * * * * * * * *

# NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE is hereby given to all creditors and parties in interest that on June 16, 2009 debtor has filed an AMENDED CHAPTER PAYMENT PLAN.

If no opposition is filed within THIRTY (30) DAYS from this notice, the Court may enter an order granting the Amended Chapter 13 Payment Plan filed by debtor without further hearing. Copy of the said plan is attached hereto.

*I hereby certify that copy of this NOTICE and copy of the Amended Chapter 13 Plan has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all creditors and parties in interest and to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee, and also certify that I have mailed by US Postal Service copy of this motion and Plan to non CM/ECF participant creditors at their address of record in this case.*

In San Juan, Puerto Rico, this 16th day of June, 2009.

EDDIE G. MALAVE COLON, ESQ.
Attorney for Debtor
USDC-PR 212601
PO Box 1152
Aibonito, Puerto Rico 00705
Tel/Fax (787) 735-8850

NUÑEZ-GARCIA, MARIA BETSY
HC-02 BOX 9224
AIBONITO, PR 00705

SAM'S CLUB DISCOVER
PO BOX 960013
ORLANDO, FL 00896-0013

Eddie Malave Colon
PO Box 1152
Aibonito, PR 00705-1152

SYLVIA TORRES
CARR 14, SECTOR SERALLES
ASOMANTE WARD
AIBONITO, PR 00705

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANK OF AMERICA
PO BOX 15026
WILMINGTON, DE 19850-5026

CITIFINANCIAL
158 E SAN JOSE STREET
AIBONITO, PR 00705

COOPERATIVA AIBONITEÑA
PO BOX 422
AIBONITO, PR 00705

DORAL BANK
PO BOX 71529
SAN JUAN, PR 00936-8629

EBAY MASTERCARD
PO BOX 960080
ORLANDO, FL 33896-0080

LUIS RAFAEL NUÑEZ
HC-02 BOX 9224
AIBONITO, PR 00705

RADIO SHACK CREDIT PLAN
PO BOX 689182
DES MOINES, IA 50368-9182